WILLIAM W. BACHMANN, Appellant, *v.* NEW YORK CITY TUNNEL
AUTHORITY, Respondent.

Argued May 25, 1942; decided June 18, 1942.

*Herman Spingarn* for appellant.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *Alfred D. Jahr* of counsel), for respondent.

Appeal dismissed, with costs, on the ground no substantial constitutional question is involved.   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.